**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Eric J. Waltner
Allen & Gooch
P. O. Box 81129
Lafayette LA 70598-1129

> Judgment on rehearing rendered and mailed to all parties or counsel of record on April 12, 2023

**REHEARING ACTION: April 12, 2023**

**Docket Number: 22   00654-WCW**

**TASHA CARTER**
**VERSUS**
**RIGHT AT HOME  AND**
**LUBA CASUALTY INSURANCE COMPANY**

**Writ Application from Office of Workers' Compensation - # 4 Case No. 22-03334**

BEFORE JUDGES:

  **Hon. Shannon J. Gremillion**
  **Hon. Charles G. Fitzgerald**
  **Hon. Gary J. Ortego**

As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by **LUBA Casualty Insurance Company and Right At Home** has this day been

  **DENIED.**

cc: Britney L. Hebert, Counsel for the Applicant